

# THE THIRTEENTH COURT OF APPEALS

---

## 13-13-00404-CR

---

JOHNNY FAZ LOPEZ JR. A/K/A JOHNNY FAZ LOPEZ
v.
THE STATE OF TEXAS

---

On Appeal from the
119th District Court of Tom Green County, Texas
Trial Cause No. B-07-1399-S

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

July 3, 2014